FILED
CLERK

7/28/2025 1:39 pm

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------- X

STEWART SMITH, individually and on
behalf of all others similarly situated,

                Plaintiff,

   -against-

PRIME MARKETING SOURCE, INC.,

               Defendant.

---------------------------------------- X

2:24-cv-07359 (GRB) (JMW)

**STIPULATION DISMISSING CASE WITH PREJUDICE**

**WHEREAS**, Plaintiff Stewart Smith ("Plaintiff") and Defendant Charles Baratta, LLC, d/b/a Prime Marketing Source ("Defendant"), engaged in discussions on July 18, 2025, wherein Defendant and Plaintiff (collectively, the "Parties") reached a resolution of their differences and disputes in the above-captioned matter:

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between Defendant and Plaintiff, through their respective undersigned counsel that:

1.    Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each and every claim and cause of action of any kind asserted by Plaintiff against Defendant in the above-captioned matter be, and hereby are, voluntarily dismissed **with prejudice** and without costs and the class allegations remain dismissed without prejudice.

Dated: New York, New York
       July 25, 2025

| | |
|---|---|
| **KAZEROUNI LAW GROUP, A.P.C.** | **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** |
| By: /s/ Ross H. Schmierer<br>Ross H. Schmierer, Esq.<br>48 Wall Street, Suite 1100<br>New York, NY 10005<br>Phone: (800) 400-6808<br>ross@kazlg.com<br><br>*Attorneys for Plaintiff* | By: /s/ David M. Krueger<br>Eric Schlabs, Esq. (5580048)<br>1155 Avenue of the Americas, Fl 26<br>New York, NY 10036<br>Telephone: (646) 777-0044<br>ESchlabs@beneschlaw.com<br><br>David M. Krueger (0085072)<br>(Admitted *Pro Hac Vice*)<br>Laura E. Kogan (0087453)<br>(Admitted *Pro Hac Vice*)<br>200 Public Square, Suite 2300<br>Cleveland, Ohio 44114-2378<br>Telephone:  216.363.4500<br>Facsimile:  216.363.4588<br>dkrueger@beneschlaw.com<br>lkogan@beneschlaw.com<br><br>*Attorneys for Defendant Charles Baratta, LLC, d/b/a Prime Marketing Source, and incorrectly identified as Prime Marketing Source, Inc.* |

Dated: 7/28/2025
So Ordered.  The Clerk of the Court is directed to close this case.
/s/ Gary R. Brown
GARY R. BROWN, U.S.D.J.